UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ELAINE CHAO, SECRETARY OF LABOR,    United States Department of Labor,                    Plaintiff,                    v. AMBIANCE 401(k) PLAN & TRUST,                    Defendant. | CIVIL ACTION FILE NO. 05-11076 (GAO) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT OF THE U.S. DEPARTMENT OF LABOR

Since the Secretary of Labor's last report to the Court, the process of distributing Plan assets to the fourteen participants has been ongoing and is largely complete. Further, the termination of the Plan is likewise proceeding and appropriate filings have been made with the Internal Revenue Service. The Secretary respectfully suggests that this matter be set for a further status conference in sixty (60) days for submission of a final status report.

Post Office Address:
U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Building
Room E-375
Boston, Massachusetts 02203

TEL: (617)565-2500
FAX: (617)565-2142

Howard Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

_____
James L. Polianites, Jr.
Attorney

U.S. Department of Labor
Attorneys for Complainant

DATE: December 1, 2006